# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY SCOTT SQUIRES,
                    Appellant,
          vs.
DARLENE ALVARADO,
                    Respondent.

No. 72975

**FILED**

MAY 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of the district court denying appellant's motions for rehearing, enforcement of joint legal custody, production of child, appointment of counsel, and transportation of inmate. Eighth Judicial District Court, Family Court Division, Clark County; Jennifer Elliott, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveal certain jurisdictional defects. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No appeal lies from an order denying rehearing, enforcement of joint legal custody, production of a child, the appointment of counsel, or the transportation of an inmate.

Moreover, to the extent that appellant could arguably be appealing from an order establishing child custody, the order was entered May 30, 2013, and appellant did not file a motion for rehearing or reconsideration until April 5, 2017, nearly 4 years later. Accordingly, even if the order denying enforcement of joint legal custody could be considered

17-17098

appealable, the motion for rehearing or reconsideration was untimely and did not toll the time to appeal. *See* NRAP 4(a)(6); *AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010); *Morrell v. Edwards*, 98 Nev. 91, 93, 640 P.2d 1322, 1324 (1982).

We conclude that we lack jurisdiction, and we ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:  Hon. Jennifer Elliott, District Judge, Family Court Division
Gregory Scott Squires
Accelerated Law Group
Eighth District Court Clerk